THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VICTOR SHANLEY, Appellant.

*People* v. *Shanley,* 132 App. Div. 821, affirmed.
(Argued November 12, 1909; decided November 30, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1909, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of the crime of forgery in the first degree.

*Thomas J. O'Neill* for appellant.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed, on opinion of CLARKE, J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.